IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND TURNER, M.D., <br> and <br> MARIA L. TURNER, M.D., <br>     Plaintiffs, <br> vs. <br> UBS FINANCIAL SERVICES, INC., <br> and <br> UBS SECURITIES, LLC, <br>     Defendants. | Civil Action No. 07-0004419-B |

**DEFENDANTS UBS FINANCIAL SERVICES, INC. AND UBS SECURITIES, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendants UBS Financial Services, Inc. ("UBS Financial") and UBS Securities, LLC ("UBS Securities"), pursuant to Rules 7.1(a) hereby state that UBS AG (ticker symbol: "UBS") is the parent company of both Defendants. UBS is a publicly traded corporation. To the best of its knowledge and information, there are no corporations that own 10% or more of UBS stock.

Respectfully Submitted,

_07/17/2007_____          __/s/ Robert P. Howard, Jr._____
Date                          Robert P. Howard, Jr., D.C. Bar # 456449
                              William E. Donnelly, D.C. Bar # 358188
                              Thomas J. McGonigle, D.C. Bar # 418945
                              LeClair Ryan, A Professional Corporation
                              1101 Connecticut Ave., NW, Suite 600
                              Washington, DC  20006
                              Phone (202) 659-6700
                              Fax (202) 659-4130

                              *Counsel for Defendants UBS Financial Services, Inc.
                              and UBS Securities, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, a copy of the foregoing was sent via electronic means to the individuals identified on the Court's service list.

                                                /s/ Robert P. Howard, Jr.
                                                Robert P. Howard, Jr.