UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND TURNER, M.D.,

and

MARIA L. TURNER, M.D.,

        Plaintiffs,

vs.

UBS FINANCIAL SERVICES INC.,

and

UBS SECURITIES, LLC,

        Defendants.

Civil Case No. 07cv1375 (RJL)

**DEFENDANTS UBS FINANCIAL SERVICES INC. AND UBS SECURITIES, LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO COMPLAINT**

Defendants UBS Financial Services Inc. ("UBS Financial") and UBS Securities, LLC ("UBS Securities"), by counsel, hereby move this Court, pursuant to Rules 6(b) of the Federal Rules of Civil Procedure, and Rule 7.0 of the Local Rules for the Unites States District Court for the District of Columbia, to grant an extension of time until August 9, 2007, to file a response and or reply to the Complaint in the above-referenced matter. Neither UBS Financial nor UBS Securities has made a prior request to this Court for this purpose. UBS Financial and UBS Securities request this extension due to counsel's schedule and the need for additional time to research UBS Financial and UBS Securities' response/reply to the Complaint. Neither UBS Financial nor UBS Securities believe that granting of this motion will have any effect on any

previously scheduled deadlines. Counsel for Plaintiffs was contacted and consented to this extension.

Respectfully Submitted,

| | |
|---|---|
| 08/02/2007 <br> Date | /s/ Robert P. Howard, Jr. <br> Robert P. Howard, Jr., D.C. Bar # 456449 <br> William E. Donnelly, D.C. Bar # 358188 <br> Thomas J. McGonigle, D.C. Bar # 418945 <br> LECLAIR RYAN, A PROFESSIONAL CORPORATION <br> 1101 Connecticut Ave., NW, Suite 600 <br> Washington, DC 20006 <br> Phone (202) 659-6700 <br> Fax (202) 659-4130 |

*Counsel for Defendants UBS Financial and UBS Securities*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND TURNER, M.D., <br> and <br> MARIA L. TURNER, M.D., <br><br>    Plaintiffs, <br><br>    vs. <br><br> UBS FINANCIAL SERVICES INC., <br> and <br> UBS SECURITIES, LLC, <br><br>    Defendants. | Civil Case No. 07cv1375 (RJL) |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND/REPLY**

This matter comes before the Court on Defendants UBS Financial and UBS Securities' Consent Motion for Extension of Time to File Response/Reply to Complaint ("Consent Motion").

Being fully advised in the premises, and for the reasons stated in the Consent Motion, having found good cause for such a request, it is hereby

ORDERED, that Defendants UBS Financial and UBS Securities' Consent Motion for Extension of Time to File Response/Reply to Complaint is GRANTED and UBS Financial and UBS Securities shall have until on or before August 9, 2007, to respond, or otherwise reply, to the Complaint in the above-referenced matter.

_____     _____
Date                                                          Richard J. Leon
                                                                     United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007, a copy of the foregoing was sent via electronic means to the individuals identified on the Court's service list.

                                                /s/ Robert P. Howard, Jr.
                                                Robert P. Howard, Jr.

Case 1:07-cv-01375-RJL     Document 4     Filed 08/02/2007     Page 4 of 4