AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RAYMOND TURNER, M.D.
and
MARIA L. TURNER, M.D.
      Plaintiff(s)    )
                           )    **APPEARANCE**
                           )
                           )
          vs.              )    CASE NUMBER   07cv1375 (RJL)
UBS FINANCIAL SERVICES INC.,   )
and
UBS SECURITIES, LLC           )
      Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Thomas J. McGonigle   as counsel in this
                                  (Attorney's Name)

case for:   UBS Financial Services Inc. and UBS Securities, LLC
                       (Name of party or parties)

08/02/07
Date

                                    */s/ T. M. McGonigle*
                                    Signature

418945
BAR IDENTIFICATION

                                    Thomas J. McGonigle
                                    Print Name

                                    1101 Connecticut Ave., NW, Suite 600
                                    Address

                                    Washington, DC       20006
                                    City          State          Zip Code

                                    (202) 659-6700
                                    Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 2, 2007</u> a copy of the following was sent via electronic means to the individuals identified on the Court's service list.

/s/ Robert P. Howard, Jr.
Robert P. Howard, Jr.
