AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RAYMOND TURNER, M.D.  
and  
MARIA L. TURNER, M.D.  )  
      Plaintiff(s)  )   **APPEARANCE**  
    )  
    )  
    vs.  )   CASE NUMBER   07cv1375 (RJL)  
UBS FINANCIAL SERVICES INC.,  )  
and  
UBS SECURITIES, LLC  )  
      Defendant(s)  )  

To the Clerk of this court and all parties of record:

Please enter the appearance of   William E. Donnelly   as counsel in this
                                   (Attorney's Name)

case for:   UBS Financial Services Inc. and UBS Securities, LLC  
                  (Name of party or parties)

08/02/07  
Date

*[signature: William E. Donnelly]*  
Signature

William E. Donnelly  
Print Name

358188  
BAR IDENTIFICATION

1101 Connecticut Ave., NW, Suite 600  
Address

Washington, DC          20006  
City     State         Zip Code

(202) 659-6710  
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007 a copy of the following was sent via electronic means to the individuals identified on the Court's service list.

/s/ Robert P. Howard, Jr.
Robert P. Howard, Jr.