UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND TURNER, M.D., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 07 1375 |
| ) | |
| v. ) | Judge: RJL |
| ) | |
| UBS FINANCIAL SERVICES INC., *et al.*, ) | Deck Type: |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel hereby notices her appearance on behalf of Plaintiffs Raymond Turner, M.D. and Maria L. Turner, M.D.

Respectfully submitted,

_____
JANET K. DeCOSTA, ESQ.
D.C. Bar Number 439674
1825 Eye Street, N.W.
Suite 400
Washington, D.C. 20006
Tel:   202-638-3344
Fax:   202-824-8126
E-Mail:   jkdecosta@jkdcpc.com

Dated: August 6, 2007

## Certificate of Service

I hereby certify that I have this 6th day of August 2007, caused the foregoing *Notice of Appearance* to be served by e-mail and postage prepaid, first class mail to:

Robert P. Howard, Jr.
William E. Donnelly
Thomas J. McGonigle
LeClair Ryan, A Professional Corporation
1101 Connecticut Ave., NW, Suite 600
Washington, DC 20006

Janet K. DeCosta, Esq.

R:\Turner, Raymond\NoticeofAppearance.wpd