UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND TURNER, M.D.,

and

MARIA L. TURNER, M.D.,

        Plaintiffs,

vs.

UBS FINANCIAL SERVICES INC.,

and

UBS SECURITIES, LLC,

        Defendants.

Civil Case No. 07cv1375 (RJL)

## JOINT MEET AND CONFER STATEMENT

Pursuant to Federal Rule of Civil Procedure 26, Local Rule 16.3, and the Court's July 31, 2007, Case Management Order, the parties before the Court, by and through their respective counsel of record, met in person on September 10, 2007, and respectfully submit the following Joint Report of their meeting:

Plaintiffs maintain that they suffered financial loss as a result of money they sent to a Bank of America account for the purposes of investing in a California hedge fund and that Defendants are responsible for their alleged losses based on communications and documents sent by Defendant UBS Financial Service's registered representative to Plaintiffs' investment advisor, Sean Denny, that was then conveyed to Plaintiffs.

Defendants deny Plaintiffs' specific allegations, deny all allegations of wrongdoing, deny that they were responsible for Plaintiffs' alleged financial loss, deny that they were responsible

for the representations that Plaintiffs' investment advisor, Sean Denny, made to Plaintiffs, and deny that Plaintiffs ever opened an account or deposited funds with Defendants.

The parties had productive discussions related to a potential settlement and the likelihood that all or some of the money deposited in the Bank of America bank account, and apparently seized by the government, would be returned to Plaintiffs. The parties are not aware as to the potential amount that may be returned to Plaintiffs but were advised that an internal "ruling" related to the potential distribution of the seized funds would be made in approximately 6-8 weeks from the date of the conference. The parties agreed that any potential distribution would have a material effect on any subsequent settlement discussions.

1. Plaintiffs do not believe that this case is likely to be disposed of by dispositive motion. Defendants believe that the case, in all or part, is likely to be disposed of by dispositive motion. No motions have been filed.

2. The parties agreed that the date by which any other parties shall be joined or the pleadings amended, and whether some or all the factual and legal issues can be agreed upon or narrowed, should be November 30, 2007. *See also*, proposed Scheduling Order attached as Exhibit 1.

3. The parties agreed that the case should not be assigned to a magistrate judge for all purposes, including trial.

4. The parties agreed that there is a realistic possibility of settling the case.

5. The parties agreed that this case would not benefit from the Court's alternative dispute resolution procedures (or some other form of ADR).

6. Plaintiffs do not believe that all, or some, of the case may be able to be resolved by summary judgment. Defendants believe that all, or some, of the case may be able to be

resolved by summary judgment. The parties agreed to the motions schedule contained in the attached proposed scheduling order.

7. The parties believe that they should dispense with the initial disclosures required by Rule 26(a)(1).

8. At this time, the parties do not anticipate that an extensive amount of discovery will be necessary in this case, but that obtaining the testimony of at least one witnesses may be extremely time consuming and cumbersome due to his apparent incarceration in California. The parties agreed to the discovery cutoff contained in the attached proposed scheduling order.

9. The parties believe that the requirement of exchange of expert witness reports and information pursuant to Rule 26(a)(2), F.R.Civ. P., should not be modified. The parties agreed to the expert disclosure and deposition schedule contained in the attached proposed scheduling order.

10. This matter is not a class action, so this item is not applicable.

11. The parties do not believe that trial and/or discovery should be bifurcated or managed in phases.

12. The parties agreed that a pretrial conference should be set for August 15, 2008. *See also,* proposed Scheduling Order attached as Exhibit 1.

13. The parties agree that a trial date should be set at the pretrial conference.

14. The parties do not believe that any additional matters need to be brought to the Court's attention at this time.

                          Respectfully Submitted,

__9/24/07_____         ___/s/ Janet K. DeCosta_____
Date                                    Janet K. DeCosta, D.C. Bar # 439674
                                            Janet K. DeCosta, P.C.
                                            1825 Eye Street, NW
                                            Suite 400
                                            Washington, DC  20006
                                            Phone (202) 638-3344
                                            Fax (202) 824-8126

                                            *Counsel for Plaintiffs Dr. Raymond Turner*
                                            *and Dr. Maria L. Turner*

__9/24/07_____         ___/s/ Robert P. Howard, Jr._____
Date                                        Robert P. Howard, Jr., D.C. Bar # 456449
                                            William E. Donnelly, D.C. Bar # 358188
                                            Thomas J. McGonigle, D.C. Bar # 418945
                                            LeClair Ryan, A Professional Corporation
                                            1101 Connecticut Ave., NW, Suite 600
                                            Washington, DC  20006
                                            Phone (202) 659-6700
                                            Fax (202) 659-4130

                                            *Counsel for Defendants UBS Financial Services Inc.*
                                            *and UBS Securities, LLC*

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2007, a copy of the foregoing was sent via electronic means to the individuals identified on the Court's service list.

                                                                               /s/ Robert P. Howard, Jr.

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND TURNER, M.D.,

and

MARIA L. TURNER, M.D.,

        Plaintiffs,

    vs.

UBS FINANCIAL SERVICES INC.,

and

UBS SECURITIES, LLC,

        Defendants.

Civil Case No.  07cv1375 (RJL)

## SCHEDULING ORDER

With the consent of all parties to this action and for good cause shown, it is hereby ORDERED:

The parties shall have until November 30, 2007, to join other parties or amend the pleadings.

The parties shall not be required to serve the disclosures required by Fed. R. Civ. P. 26(a)(1).

Plaintiffs shall serve their expert disclosures on or before January 2, 2008.

Plaintiffs' experts shall be available for depositions between January 8 – 11, 2008.

Defendants shall serve their expert disclosures on or before January 18, 2008.

Defendants' experts shall be available for depositions between January 22 - 25, 2008.

Discovery cut-off will be February 29, 2008.

Dispositive motions must be filed by April 1, 2008.

Objections to dispositive motions must be filed by June 15, 2008.

Responses to dispositive motions must be filed by July 15, 2008.

Pretrial conference should be set for August 15, 2008.

Dated: _____, 2007   _____
                                  United States District Judge

Consented to:

 9/24/07  _____          __/s/ Janet K. DeCosta_____
Date                              Janet K. DeCosta, D.C. Bar # 439674
                                  Janet K. DeCosta, P.C.
                                  1825 Eye Street, NW
                                  Suite 400
                                  Washington, DC  20006
                                  Phone (202) 638-3344
                                  Fax (202) 824-8126

                                  *Counsel for Plaintiffs Dr. Raymond Turner
                                  and Dr. Maria L. Turner*

 9/24/07  _____          ___/s/ Robert P. Howard, Jr._____
Date                              Robert P. Howard, Jr., D.C. Bar # 456449
                                  William E. Donnelly, D.C. Bar # 358188
                                  Thomas J. McGonigle, D.C. Bar # 418945
                                  LECLAIR RYAN, A PROFESSIONAL CORPORATION
                                  1101 Connecticut Ave., NW, Suite 600
                                  Washington, DC  20006
                                  Phone (202) 659-6700
                                  Fax (202) 659-4130

                                  *Counsel for Defendants UBS Financial Services Inc.
                                  and UBS Securities, LLC*