FILED

OCT 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND TURNER, M.D.,

and

MARIA L. TURNER, M.D.,

        Plaintiffs,

        vs.

UBS FINANCIAL SERVICES INC.,

and

UBS SECURITIES, LLC,

        Defendants.

Civil Case No. 07cv1375 (RJL)

## SCHEDULING ORDER

With the consent of all parties to this action and for good cause shown, it is hereby ORDERED:

The parties shall have until November 30, 2007, to join other parties or amend the pleadings.

The parties shall not be required to serve the disclosures required by Fed. R. Civ. P. 26(a)(1).

Plaintiffs shall serve their expert disclosures on or before January 2, 2008.

Plaintiffs' experts shall be available for depositions between January 8 – 11, 2008.

Defendants shall serve their expert disclosures on or before January 18, 2008.

Defendants' experts shall be available for depositions between January 22 - 25, 2008.

Discovery cut-off will be February 29, 2008.



Dispositive motions must be filed by April 1, 2008.

Objections to dispositive motions must be filed by June 15, 2008.

Responses to dispositive motions must be filed by July 15, 2008.

Pretrial conference should be set for August 15, 2008.

Dated: _____, 2007        _____
                                    United States District Judge

Consented to:

| | |
|---|---|
| 9/24/07 | /s/ Janet K. DeCosta |
| Date | Janet K. DeCosta, D.C. Bar # 439674 |
| | Janet K. DeCosta, P.C. |
| | 1825 Eye Street, NW |
| | Suite 400 |
| | Washington, DC 20006 |
| | Phone (202) 638-3344 |
| | Fax (202) 824-8126 |
| | |
| | *Counsel for Plaintiffs Dr. Raymond Turner and Dr. Maria L. Turner* |
| | |
| 9/24/07 | /s/ Robert P. Howard, Jr. |
| Date | Robert P. Howard, Jr., D.C. Bar # 456449 |
| | William E. Donnelly, D.C. Bar # 358188 |
| | Thomas J. McGonigle, D.C. Bar # 418945 |
| | LeClair Ryan, A Professional Corporation |
| | 1101 Connecticut Ave., NW, Suite 600 |
| | Washington, DC 20006 |
| | Phone (202) 659-6700 |
| | Fax (202) 659-4130 |
| | |
| | *Counsel for Defendants UBS Financial Services Inc. and UBS Securities, LLC* |

8