UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND TURNER, M.D., <br><br> and <br><br> MARIA L. TURNER, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> UBS FINANCIAL SERVICES INC., <br><br> and <br><br> UBS SECURITIES, LLC, <br><br> Defendants. | Civil Case No.  07cv1375 (RJL) |

**JOINT MOTION TO STAY PROCEEDINGS**

Come now Raymond Turner, M.D., Maria L. Turner, M.D., UBS Financial Services Inc. ("UBS Financial") and UBS Securities, LLC ("UBS Securities") (collectively the "Parties"), by their respective counsel, and hereby file this Joint Motion to Stay Proceedings for up to One Hundred Twenty (120) Days, Pending Distribution of Frozen Funds by the United States Government (the "Government").  The grounds for this Motion are as follows:

1.      This action involves a dispute between the Parties regarding whether and to what extent UBS Financial and/or UBS Securities may be liable to Mr. and Mrs. Turner in connection with their investment in the GLT Venture Fund, LLP ("GLT Fund").

2.      As part of a criminal proceeding, the Government froze certain funds in a bank account, which funds include the amount that the Turners intended to invest in the GLT Fund.

3. The Parties understand that the Government will make distributions, in amounts not yet determined, from the GLT Fund's frozen account to certain persons who invested in the GLT Fund.

4. The Parties believe that Mr. and Mrs. Turner will be among the persons who will receive a distribution from the Government in an amount which is not yet determined.

5. UBS Financial, UBS Securities and Mr. and Mrs. Turner agree that a stay of these proceedings would likely facilitate a resolution of this case because the Government's distribution of the funds in the GLT Fund's frozen account may enable the Parties to settle their dispute and obviate the need for any further action, including trial, on the issues raised in this case, thereby conserving judicial resources.

WHEREFORE, Mr. and Mrs. Turner, UBS Financial and UBS Securities respectfully request this Court to stay these proceedings for no more than one hundred twenty (120) days, pending distribution of frozen funds by the Government.

Respectfully submitted,

**RAYMOND TURNER, M.D.
AND MARIA L. TURNER, M.D.**

By:   /s/ Janet K. DeCosta                                    Date:   12/27/07
      Janet K. DeCosta, D.C. Bar # 439674
      JANET DECOSTA, P.C.
      1825 Eye Street, N.W.
      Suite 400
      Washington, DC 20037
      Phone (202) 638-3344
      Fax (202) 824 8126

      *Counsel for Plaintiffs Raymond Turner, M.D.
      and Maria L. Turner, M.D.*

**UBS FINANCIAL SERVICES INC.
AND UBS SECURITIES, LLC**

By:   /s/ Robert P. Howard, Jr.                              Date:   12/27/07
Robert P. Howard, Jr., D.C. Bar # 456449
William E. Donnelly, D.C. Bar # 358188
Thomas J. McGonigle, D.C. Bar # 418945
LECLAIRRYAN, A PROFESSIONAL CORPORATION
1101 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
Phone (202) 659-4140
Fax (202) 659-4130

*Counsel for Defendants UBS Financial Services Inc.,
and UBS Securities, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND TURNER, M.D., <br><br>and<br><br>MARIA L. TURNER, M.D.,<br><br>      Plaintiffs,<br><br>      vs.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>and<br><br>UBS SECURITIES, LLC,<br><br>      Defendants. | Civil Action No. 07cv1375 (RJL) |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

    This matter comes before the Court on Plaintiffs Raymond Turner, M.D. and Maria L. Turner, M.D. and Defendants UBS Financial and UBS Securities' Joint Motion to Stay Proceedings for up to One Hundred Twenty (120) Days, Pending Distribution of Frozen Funds By the Government ("Joint Motion").

    Being fully advised in the premises, and for the reasons stated in the Joint Motion, having found good cause for such a request, it is hereby

    **ORDERED**, that the Joint Motion is **GRANTED** and the above-referenced matter will be stayed until _____, pending the Government's distribution of frozen funds.

_____
Judge

Dated: _____
Copies to: Parties/Counsel of Record

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 27, 2007, a copy of the foregoing was sent via electronic means to the individuals identified on the Court's service list.


                                                          ___/s/ William E. Donnelly_____
                                                              William E. Donnelly