UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND TURNER, M.D., <br><br> and <br><br> MARIA L. TURNER, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> UBS FINANCIAL SERVICES INC., <br><br> and <br><br> UBS SECURITIES, LLC, <br><br> Defendants. | Civil Case No. 07cv1375 (RJL) |

### STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by and between the undersigned, counsel for Plaintiffs and counsel for Defendants, that Plaintiffs' claims should be, and hereby are, dismissed with prejudice, without costs, and with all rights of appeal waived.

_____
Janet K. DeCosta, D.C. Bar # 439674
JANET DECOSTA, P.C.
1825 Eye Street, N.W.
Suite 400
Washington, DC 20037
Phone (202) 638-3344
Fax (202) 824 8126

*Counsel for Plaintiffs Raymond Turner, M.D. and Maria L. Turner, M.D.*

Dated: March 14th, 2008

_____
Robert P. Howard, Jr., D.C. Bar # 456449
William E. Donnelly, D.C. Bar # 358188
Thomas J. McGonigle, D.C. Bar # 418945
LECLAIRRYAN, A PROFESSIONAL
CORPORATION
1101 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
Phone (202) 659-4140
Fax (202) 659-4130

*Counsel for Defendants UBS Financial Services Inc., and UBS Securities, LLC*